454 A.2d 161

Commonwealth v. Brooks, Appellant.

 Submitted

June 23, 1981. William J. Fulton, Assistant Public Defender, for appellant; Marion E. MacIntyre, First Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, BECK and JOHNSON, JJ.

Judgment of sentence is affirmed.